

Monday, March 2, 2015

No. 14–0767/AR. U.S. v. Brian A. Murphy. CCA 20120556. Appellant's motion for leave to file a brief out of time is granted.

No. 15–0396/AF. U.S. v. Allen R. Henderson. CCA 38379. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 19, 2015.

No. 15–0397/AR. U.S. v. Fatimah H. Diaab–Powell. CCA 20130846. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 19, 2015.

No. 15–0398/AR. U.S. v. Maurice McCormick, Jr. CCA 20120029. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 19, 2015.

Tuesday, March 3, 2015